UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

RICARDO NAVARRETE and
OSWALDO NAVARRETE,

                                      Plaintiffs,

-against-

CORONA FARM CORP. *dba* CORONA FARM,
JESUS LEAL, and ALBERTO LEAL,

                                      Defendants.

Case No.: 20 cv 4603 (RML)

---

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED that this action has been discontinued and is hereby dismissed with prejudice, without costs or attorneys' fees to any party (other than those specified in the Settlement Agreement and Release of Claims), to any party against any other. This Stipulation may be filed after consummation of the settlement without further notice to any party.

Dated: March 31, 2021

For the Plaintiff:

CILENTI & COOPER, PLLC

By: _____
   Peter Hans Cooper, Esq.
*Attorneys for Plaintiff*
10 Grand Central
155 East 44th Street – 6th Floor
New York, New York 10017
Telephone (212) 209-3933

For the Defendants:

DRUCKER & MATTIA, PLLC

By: _____
   Nicholas J. Mattia, Esq.
*Attorneys for Defendants*
37-06 82nd Street – Suite 200
Jackson Heights, New York 11372
Telephone (718) 458-2312

So Ordered:

_____ U.S.M.J.

8